AO 199A (Rev. 04/14) Order Setting Conditions of Release



**FILED**
Page 1 of 2

4:33 pm, 7/2/25

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br>v.<br>ELIJAH YEH CHEN<br>*Defendant* | )<br>)<br>)  Case No.  L:25-po-00357-SAH<br>)<br>) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: Clifford P. Hansen Federal Courthouse

145 East Simpson Street, Jackson, WY  83001     (307)344-2569 | (307)733-4126

on:  7/29/2025 9:00 am
*Date and Time*

**If blank, defendant will be notified of next appearance.**

(5) The defendant must sign an Appearance Bond, if ordered.

(6) The defendant shall not use or possess ANY alcohol or other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner.  The defendant may not use medical marijuana.

(7) The defendant shall not frequent places where the primary source of income is derived from the sale of alcohol unless it is for employment purposes.

(8) Shall submit to a chemical test of blood, breath, urine, or saliva upon reasonable suspicion of any Law Enforcement Officer.

(9) Shall submit to a search of person, vehicle, residence, workplace, or storage facility upon reasonable suspicion of any Law Enforcement Officer.  Defendant shall notify other residents of these conditions.

AO 199C  (Rev. 04/14) Advice of Penalties                                                                                                  Page 2 of 2

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_/s/_
*Defendant's Signature*

16350 Whitefield Court Chino Hills, CA 91709  909-506-8388
*Current Address and Phone Number*

Date: June 30, 2025                    _Stephanie Hambrick_
                                       *Judicial Officer's Signature*

Stephanie A. Hambrick, United States Magistrate Judge
*Printed name and title*

ORIGINAL DOCUMENTS MUST BE MAILED TO COURT : PLEASE WRITE LEGIBLY OR TYPE